### JOHN C. HOLMES v. EDWARD HERNDON.

PRACTICE: GARNISHEE: JUDGMENT AGAINST.—If the answer of a garnishee to the writ of garnishment, be stricken out as insufficient, it will be error to enter final judgment against him.   Judgment *nisi* should be entered, as if no answer had been filed.

IN error from the Circuit Court of Kemper county.    Hon. John Watts, judge.

The defendant in error, having recovered a judgment against one Pierce, procured the plaintiff in error to be summoned as a garnishee.    The answer of the plaintiff in error to the summons was, on motion of Herndon, stricken out, and a judgment final was rendered against Holmes, for the full amount of the judgment against Pierce, and costs.   From this judgment this writ of error is prosecuted.

*Jarnagin* and *Rives*, for plaintiff in error.

No counsel appeared for defendant in error.

PER CURIAM.—The court rejected the answer of the garnishee, and rendered a final judgment against him for the amount of the judgment.   This was error; the court, on striking out the answer, could only render such judgment as could be rendered if no answer had been filed.

Judgment reversed; cause remanded.